```
                                            FILED ____      ____ RECEIVED
                                       ____ ENTERED         ____ SERVED ON
                                              COUNSEL/PARTIES OF RECORD

                                                  OCT 31 2019

                                            CLERK US DISTRICT COURT
                                              DISTRICT OF NEVADA
                                       BY: _____ DEPUTY
```

LAGOMARSINO LAW
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
chad@lagomarsinolaw.com
*Attorney for Defendant, Nevada Association Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA   ORDER

| | |
|---|---|
| BANK OF AMERICA, N.A., | CASE NO.: 3:17-cv-00076-MMD-CBC |
| Plaintiff(s), | **MOTION TO WITHDRAW AS ATTORNEY CHAD D. FUSS, ESQ. FROM CASE, CM/ECF SERVICE LIST AND COURT DOCKET and** [~~PROPOSED~~] ORDER |
| vs. | |
| ALESSI &AMP; KOENIG, et al., | |
| Defendant(s). | |

PLEASE TAKE NOTICE that the that undersigned hereby requests that attorney Chad D. Fuss, Esq., formerly of the PENGILLY LAW FIRM and ROBBINS LAW FIRM, be terminated from this case and removed from the Court's docket and CM/ECF service list(s) as Mr. Fuss is no longer with the, PENGILLY LAW FIRM or ROBBINS LAW FIRM.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

PLEASE TAKE FURTHER NOTICE that this notice relates only to Chad D. Fuss, Esq.

DATED this 30th day of October, 2019.

LAGOMARSINO LAW

/s/ Chad D. Fuss, Esq.
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
chad@lagomarsinolaw.com
*Attorney for Defendant, Nevada Association Services, Inc.*

### [PROPOSED] ORDER

**IT IS SO ORDERED.**

United States Magistrate Judge

DATED: 10/31/2019

### CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on this 30th day of October, 2019, the foregoing **MOTION TO REMOVE ATTORNEY FROM ECF FILING and [PROPOSED] ORDER** was electronically served on all parties to this action, through the CM/ECF system of the United States District Court, to the following:

| | |
|---|---|
| James W. Pengilly<br>jpengilly@robbinslawfirm.legal<br>oschulze@robbinslawfirm.legal | Natalie C. Lehman<br>fnlg-court-filings-nv@fnf.com<br>lace.engelman@fnf.com<br>natalie.lehman@fnf.com |
| YanXiong Li<br>yli@wrightlegal.net<br>fharris@wrightlegal.net<br>nvefile@wrightlegal.net | Elizabeth B. Lowell<br>elowell@robbinslawfirm.legal<br>oschulze@pengillylawfirm.com<br>oschulze@robbinslawfirm.legal |
| Timothy Rhoda<br>croteaulaw@croteaulaw.com<br>receptionist@croteaulaw.com | Dana Jonathon Nitz<br>dnitz@wrightlegal.net<br>nvefile@wrightlegal.net |

/s/ Denise Valdivia
An Employee of **LAGOMARSINO LAW**