1  NATALIE C. LEHMAN
   Nevada Bar No. 12995
2  FIDELITY NATIONAL LAW GROUP
   8363 West Sunset Road, Suite 120
3  Tel: (702) 667-3000
   Fax: (702) 938-8721
4  Email: Natalie.Lehman@fnf.com

5

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 3:17-cv-00076-MMD-CBC |
| Plaintiff(s), | |
| vs. | **MOTION TO WITHDRAW ATTORNEY NATALIE C. LEHMAN, ESQ. FROM CASE, CM/ECF SERVICE LIST AND COURT DOCKET and [PROPOSED] ORDER** |
| ALESSI & KOENIG, LLC et al., | |
| Defendant(s). | |

TO:   ALL INTERESTED PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby requests that attorney Natalie C. Lehman, Esq., formerly of WRIGHT, FINLAY & ZAK, LLP be terminated from this case and removed from the Court's docket and CM/ECF service list(s) as Ms. Lehman is no longer with the law firm of WRIGHT, FINLAY & ZAK, LLP.

/ / /

/ / /

/ / /

Fidelity National
Law Group
8363 W. Sunset Rd, Suite 120
Las Vegas, Nevada 89113
(702) 667-3000

Page 1 of 2

1  PLEASE TAKE FURTHER NOTICE that this notice relates only to Natalie C. Lehman, Esq.

2  DATED this 1st day of November, 2019.

3                                                      FIDELITY NATIONAL LAW GROUP

4                                                      /s/ Natalie C. Lehman
                                                       NATALIE C. LEHMAN
5                                                      Nevada Bar No. 12995
                                                       FIDELITY NATIONAL LAW GROUP
6                                                      8363 W. Sunset Rd., Ste, 120
                                                       Las Vegas, Nevada 89113
7                                                      Attorney for Plaintiff

8                              [PROPOSED] ORDER

9  IT IS SO ORDERED.

10                             _____
                               United States Magistrate Judge
11

12                             DATED: 11/4/2019

13                             **CERTIFICATE OF SERVICE**

14  The undersigned employee of Fidelity National Law Group, hereby certifies that she served a copy of the foregoing **MOTION TO WITHDRAW AS ATTORNEY NATALIE C. LEHMAN, ESQ. FROM CASE, CM/ECF SERVICE LIST AND COURT DOCKET** and **[PROPOSED] ORDER** upon the following parties on the date below entered (unless otherwise noted), at the fax numbers and/or addresses indicated below by:  [ ] (i) placing said copy in an envelope, first class postage prepaid, in the United States Mail at Las Vegas, Nevada, [ ] (ii) via facsimile, [ ] (iii) via courier/hand delivery, [ ] (iv) via overnight mail, and/or [ X ] (v) via electronic delivery through the Court's E-Service List.

James W. Pengilly
jpengilly@robbinslawfirm.legal
oschulze@robbinslawfirm.legal

YanXiong Li
yli@wrightlegal.net
fharris@wrightlegal.net
nvefile@wrightlegal.net

Elizabeth B. Lowell
elowell@robbinslawfirm.legal
oschultze@pegillylawfirm.com

Dana Jonathon Nitz
Dnitz@wrightlegal.net
nvefile@wrightlegal.net

Timothy Rhoda
croteaulaw@croteaulaw.com
receptionist@croteaulaw.com

DATED: November 1, 2019                    /s/ Carla Begin
                                           An employee of Fidelity National Law Group

Fidelity National
Law Group
8363 W. Sunset Rd, Suite 120
Las Vegas, Nevada 89113
(702) 667-3000

Page 2 of 2